The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMONA MCCLINTOCK,<br><br>                    Plaintiff.<br><br>   v.<br><br>UNITED STATES OF AMERICA;<br>CATHLEEN JENSEN and JOHN DOE JENSEN,<br><br>                    Defendants. | CASE No. 3:19-cv-05835-BHS<br><br>STIPULATED MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINES AND ORDER<br><br>NOTED FOR CONSIDERATION:<br>July 22, 2021 |

**STIPULATED MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Local Rules 10(g) and 16(b)(6), the parties hereby jointly stipulate and move the Court for an extension of the discovery deadlines.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of the deadlines. This case arises out of a motor vehicle collision that occurred on November 30, 2017. Plaintiff alleges she suffered injuries and damages as a result of the collision. Plaintiff also alleges

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
3:19-cv-05835-BHS - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

that her implanted spinal neurostimulator was compromised as a result of the collision. The parties have been working to obtain records from Nevro Corp., the manufacturer of the neurostimulator. The parties believe it is critical that each party's expert(s) be given an opportunity to thoroughly and completely review these records in order to provide complete opinions prior to the discovery cutoff. Due to unforeseen circumstances and delays not the fault of any party or counsel, the parties continue to run into complications and delays in receiving the records, incomplete records, and hard to read copies.

Based on the foregoing, the parties agree to extend the current deadlines as follows:

|  | **CURRENT DEADLINES** | **NEW DEADLINES** |
|---|---|---|
| **Disclosure of expert testimony under FRCP 26(a)(2)** | August 6, 2021 | September 7, 2021 |
| **Disclosure of rebuttal expert testimony under FRCP 26(a)(2)** | September 6, 2021 | October 7, 2021 |
| **Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3)** | September 24, 2021 | October 26, 2021 |
| **Discovery completed by** | September 30, 2021 | November 1, 2021 |
| **All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d))** | October 8, 2021 | November 9, 2021 |

//

//

//

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
3:19-cv-05835-BHS - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 22, 2021

s/ *Jonathan Lee*
JONATHAN LEE, WSBA #42505
PREMIER LAW GROUP PLLC
1408 140th PLACE NE
Bellevue, Washington 98007
Telephone: (206) 285-1743
Email: jon@premierlawgroup.com

Attorneys for Plaintiff

DATED: July 22, 2021

s/ *Heather C. Costanzo*
HEATHER C. COSTANZO, FL #37378
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Email: heather.costanzo@usdoj.gov

Attorneys for Defendant United States of America

DATED: July 22, 2021

s/ *Debra M. Akhbari*
DEBRA M. AKHBARI, WSBA #47500
HELSELL FETTERMAN LLP
1001 FOURTH AVE., Suite 4200
Seattle, WA 98154-1154
Phone: (206) 689-2106
Email: dakhbari@helsell.com

Attorneys for Defendant Jensen

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
3:19-cv-05835-BHS - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

Pursuant to the parties' forgoing stipulation to extend deadlines, **IT IS SO ORDERED**.

Dated this 23rd day of July, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
3:19-cv-05835-BHS - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970